IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WORD MUSIC, LLC, et al.            )
                                   )
v.                                 ) NO. 3:09-0411
                                   ) JUDGE CAMPBELL
LYNNS CORPORATION OF               )
AMERICA, et al.                    )

ORDER

Pending before the Court is Defendants' Motion to Transfer Venue (Docket No. 125). Defendants ask the Court to transfer this case to the Central District of California pursuant to 28 U.S.C. § 1404(a). For the reasons stated in the accompanying Memorandum, Defendants' Motion to Transfer is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE