UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WORD MUSIC, LLC., a Tennessee Limited Liability Company, et al., ) ) | |
| ) | NO. 3:09-0411 |
| v. ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE KNOWLES |
| LYNNS CORP. Of AMERICA, a California corporation, et al. ) ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 187). Objections were filed September 27, 2010. (Docket No. 191) The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Third Party Defendant Tennessee Production Center's Motion for Judgment on the Pleadings, or In The Alternative, Motion for Summary Judgment (Docket No. 102) is DENIED. This case remains set for trial on October 26, 2010.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE