UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


WORD MUSIC, LLC., a Tennessee )
Limited Liability Company, et al., )
) NO. 3:09-0411
v. ) JUDGE CAMPBELL
) MAGISTRATE JUDGE KNOWLES
LYNNS CORP. Of AMERICA, a )
California corporation, et al. )


ORDER

Pending before the Court is Defendants' Motion *in Limine* No. 2 to Exclude Reference to Moving Defendants' Financial Condition or Net Worth (Docket No. 200). Defendants' Motion is GRANTED. The trial will be bifurcated with liability and damages determined at separate phases of the trial. Parties shall file supplemental verdict forms and related jury instructions by Wednesday, October 20, 2010. Any replies shall be filed by Friday, October 22, 2010.

    IT IS SO ORDERED.

                                          _____
                                          TODD J. CAMPBELL
                                          UNITED STATES DISTRICT JUDGE