UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WORD MUSIC, LLC., a Tennessee ) | |
| Limited Liability Company, et al., ) | |
| ) | NO. 3:09-0411 |
| v. ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE KNOWLES |
| LYNNS CORP. Of AMERICA, a ) | |
| California corporation, et al. ) | |

ORDER

Pending before the Court is Defendant's Request for Judicial Notice (Docket No. 253).

Plaintiffs' response is due by Wednesday, October 20, 2010. Any replies shall be filed by

Friday, October 22, 2010.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE