UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WORD MUSIC, LLC., a Tennessee Limited Liability Company, et al., | ) ) ) |
| v. | ) NO. 3:09-0411 ) JUDGE CAMPBELL ) MAGISTRATE JUDGE KNOWLES |
| LYNNS CORP. Of AMERICA, a California corporation, et al. | ) ) |

ORDER

Pending before the Court is Plaintiff's Tenth Motion *in Limine* Re: Evidence of Judgments/Statutory Damages Awards in Other Cases (Docket No. 284).

The Motion is GRANTED consistent with the prior orders of the Court that the "one satisfaction rule" is not applicable to the facts of this case.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE