UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WORD MUSIC, LLC., a Tennessee )
Limited Liability Company, et al., )
) NO. 3:09-0411
v. ) JUDGE CAMPBELL
) MAGISTRATE JUDGE KNOWLES
LYNNS CORP. Of AMERICA, a )
California corporation, et al. )

ORDER

Pending before the court is Plaintiffs' Motion for Leave to File a Response to Lynns Corp. Defendants' Memorandum of Law Regarding the Number of Infringing Works (Docket No. 309).

The Motion is GRANTED. Plaintiffs shall file their response by Friday, October 29, 2010.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE