IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

| | |
|---|---|
| WORD MUSIC, LLC., a Tennessee Limited Liability company, DAYSPRING MUSIC, LLC, a Tennessee Limited Liability Company, WORDSPRING MUSIC, LLC., a Tennessee Limited Liability company, UNICHAPPELL MUSIC INC., a Delaware corporation, CHAPPELL & CO., INC., a Delaware corporation, COTILLION MUSIC, INC., a Delaware Corporation, RIGHTSONG MUSIC, INC., a Delaware Corporation, WALDEN MUSIC, INC., a New York Corporation, WARNER-TAMERLANE PUBLISHING CORP., a California corporation, and WB MUSIC CORP., a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> LYNNS CORP. OF AMERICA, a California corporation, d/b/a "SUMAKAYA.COM", d/b/a "SUMAKARAOKE.COM," VICTOR TSAI, Individually, SUMAKAYA CORPORATION, a dissolved California Corporation, d/b/a "SUMAKAYA.COM" and MICHAEL LEE, Individually. <br><br> Defendants; <br><br>―――――――――――――――――――― <br><br> Lynns Corp. of America and Victor Tsai, <br><br> Third Party Plaintiffs, <br><br> v. <br><br> Tennessee Production Center, Inc., <br><br> Third Party Defendant. | Case No. 3:09-cv-0411 <br><br> Judge Campbell <br><br> Magistrate Judge Knowles |

1

## JUDGMENT AGAINST THE THIRD-PARTY DEFENDANT, TPC

The above-captioned cause came before this Court on the Motion of the Third-Party Plaintiffs, LYNNS CORP. OF AMERICA, a California corporation, and VICTOR TSAI, individually (hereinafter referred to collectively as the "Third-Party Plaintiffs" or "Lynns Corp."), for a judgment against the Third-Party Defendant, TENNESSEE PRODUCTION CENTER, INC., a Tennessee corporation ("TPC"), in the amount of $1,200,000.00, plus any and all attorneys' fees and costs incurred in obtaining and collecting said judgment. The Motion of the Third-Party Plaintiffs is based on TPC's breach of the Settlement Agreement entered by and between the parties in order to fully and finally settle this litigation. The Settlement Agreement itself was filed, under seal, on August17, 2011. This Court specifically maintained jurisdiction over this case pending completion of all the terms of Settlement Agreement by and between the parties. *See* Docket Nos. 350, 370 and 386.

It appears to the Court that the Motion of the Third-Party Plaintiffs is well taken and should be granted.

Therefore, it is hereby **ORDERED, ADJUDGED and DECREED** that judgment shall be entered in favor of the Third-Party Plaintiffs and against TPC in the amount of $1,200,000.00, plus any and all attorneys' fees and costs incurred in obtaining and collecting said judgment.

/s/ Todd Campbell
Todd J. Campbell
United States District Judge

**Approved for Entry:**

 s/Jen-Feng Lee
Jen-Feng Lee
LT Pacific Law Group LLP
17800 Castleton Street, #383
City of Industry, California 91748

s/Kenneth Tanji, Jr.
Kenneth Tanji, Jr.
LT Pacific Law Group LLP
17800 Castleton Street, #383
City of Industry, California 91748

s/ A. Gregory Ramos
A. Gregory Ramos (BPR #10825)
Lauren Smith (BPR #027545)
North, Pursell, Ramos & Jameson, PLC
Bank of America Plaza, Suite 1850
414 Union Street
Nashville, TN 37219-1783

*Attorneys for Lynns Corp. of America, a California corporation, and Victor Tsai*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th Day of August, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF, which will then send a notification of such filing (NEF) to:

Thomas Leveille, Esq.
900 South Gay Street
Suite 2100
Knoxville, TN 37902
Attorney to Tennessee Production Center, Inc.

/s/Lauren Smith